UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Aug 27 2026
ARTHUR JOHNSTON, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**TANYA LACHRISHA SMITH** **PLAINTIFF**

**v.** **CAUSE NO. 2:24CV173-LG-RPM**

**COMMISSIONER OF
SOCIAL SECURITY** **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Tanya Lachrisha Smith has appealed the Commissioner of Social Security's denial of her application for disability insurance benefits. The United States Magistrate Judge assigned to this case recommends that the Commissioner's decision be affirmed. Smith did not file an objection to the [15] Report and Recommendation.

Where no party has objected to the Magistrate Judge's report and recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made.") In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having conducted the required review, the Court finds that the Report and Recommendation is neither clearly erroneous nor contrary to law. Therefore, the [15] Report and Recommendation is adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the [15] Report and Recommendation is **ADOPTED** as the opinion of this Court. The Commissioner's decision is **AFFIRMED**. The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58(a).

**SO ORDERED AND ADJUDGED** this the 27th day of August, 2026.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE